

1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6

7

8
                    UNITED STATES DISTRICT COURT
9
             NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION
10

11

12 ATHENA PAYNE,                              Federal Case No.: 5:15-CV-04669-EJD

13          Plaintiff,

14      vs.                                   **PLAINTIFF'S NOTICE OF VOLUNTARY
                                              DISMISSAL OF DEFENDANT FINCO
15 EXPERIAN INFORMATION SOLUTIONS,            HOLDING CORP. PURSUANT TO
   INC.; et. al.,                             FEDERAL RULE OF CIVIL
16                                            PROCEDURE 41(A)(1)**
            Defendants.

17

18

19 **PLEASE TAKE NOTICE** that Plaintiff Athena Payne, pursuant to Federal Rule of Civil

20 Procedure 41(a)(1), hereby voluntarily dismisses Defendant Finco Holding Corp as to all claims in

21 this action.

22      Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

23      41(a) Voluntary Dismissal

24      (1) By the Plaintiff

25          (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any

26              applicable federal statute, the plaintiff may dismiss an action without a court

27              order by filing:

28              (1) a notice of dismissal before the opposing party serves either an answer

                                                 1

1 | or a motion for summary judgment.

2 | Defendant Finco Holding Corp has neither answered Plaintiff's Complaint, nor filed a
3 | motion for summary judgment. Accordingly, the matter may be dismissed against it for all
4 | purposes and without an Order of the Court.

6 | Dated: December 2, 2015                                   Sagaria Law, P.C.

By: ____*/s/ Elliot W. Gale*____
Elliot W. Gale
Attorneys for Plaintiff
Athena Payne